
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
SEP 12 2008
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 07-10032-01 |
|---|---|---|
| VERSUS | * | JUDGE DRELL |
| PETER M. LEMOINE | * | MAGISTRATE JUDGE KIRK |

## ORDER

**IT IS HEREBY ORDERED** that the date and time for defendant, PETER M. LEMOINE, to report for service of his sentence is hereby continued until 2:00 o'clock p.m., Monday, ~~October 13~~ SEPT 29, 2008. *(THIS EXTENSION WAS GRANTED OVER THE GOVERNMENT'S OBJECTION)*

THUS DONE AND SIGNED, in Alexandria, Louisiana, this the 12TC day of September, 2008

_____
United States District Judge